**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MATTHEW RYAN GIAMMATTEO,

                  **Plaintiff,**

        -against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                  **Defendant.**

-----------------------------------------------------------------X

**25-CV-03625 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the restoration of federal funding, Defendant's brief shall be due February 17,

2026. Plaintiff's reply, if any, shall be filed by March 3, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
            November 19, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 11/19/2025 __