**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 MATTHEW RYAN GIAMMATTEO,

                             Plaintiff,                   25 **CIVIL** 3625 (SN)

     -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 19, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      March 20, 2026

                                          **TAMMI M. HELLWIG**
                                    _____
                                        **Clerk of Court**

                                            K. mango
                  **BY:**
                                        _____
                                        **Deputy Clerk**